IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL LUDVICEK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:21-cv-01292-M |
| | § | |
| JEFFERSON CAPITAL SYSTEMS, LLC and US CELLULAR MANAGEMENT COMPANY LP, | § § § | |
| | § | |
| Defendants. | § | |

## NOTICE OF PENDING SETTLEMENT

Defendant, Jefferson Capital Systems, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and state that Jefferson Capital Systems, LLC and Plaintiff have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Jefferson Capital Systems, LLC respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ Charles R. Penot, Jr.
Charles R. Penot, Jr.
TX Bar No. 24062455
SESSIONS, ISRAEL & SHARTLE, LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3009
Facsimile: (214) 741-3098
Email: cpenot@sessions.legal

Dayle M. Van Hoose
SESSIONS, ISRAEL & SHARTLE, LLC

1

             3350 Buschwood Park Drive, Suite 195
             Tampa, FL  33618
             Telephone: (813) 890-2460
             Facsimile: (877) 334-0661
             Email: dvanhoose@sessions.legal

             *Attorneys for Defendant,*
             *Jefferson Capital Systems, LLC*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on February 14, 2022, a copy of the foregoing was served via the Court's ECF system upon the following:

Allen Robertson
Shawn Jaffer
SHAWN JAFFER LAW FIRM, PLLC
8111 Lyndon B. Johnson Freeway, Suite 100
Dallas, TX 75251
Telephone: (214) 494-1871
Facsimile: (888) 509-3910
Email: attorneys@jaffer.law
*Attorneys for Plaintiff*

             /s/ *Charles R. Penot, Jr.*
             Charles R. Penot, Jr.