IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL LUDVICEK,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC<br>And US CELLULAR MANAGEMENT<br>COMPANY LP,<br>    Defendants. | § § § § § § § § § § § §   Civil Action No. 3:21-CV-01292-m |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE:

**COME NOW**, both Plaintiff MICHAEL LUDVICEK ("Plaintiff"), and Defendant JEFFERSON CAPITAL SYSTEMS, LLC, ("JCAP"), the only parties to appear in this action, pursuant to Rule 41 of the of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice.

1. There are no longer any issues in this matter between Plaintiff and Defendant JCAP to be determined by this Court.

2. Plaintiff and JCAP hereby stipulate that all claims and causes of action that were or could have been asserted against JCAP are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

3. This Dismissal does not have any affect the other parties in the above styled action.

4. JCAP, which has filed an Answer, agrees to the dismissal.

5. This case is not a class action and a receiver has not been appointed.

Date: March 1, 2022                                    JAFFER & ASSOCIATES, PLLC

Respectfully submitted,

/s/ *Allen Edgar Robertson, III*         .
**ROBERT LEACH**
Texas Bar No. 24103582
**ALLEN EDGAR ROBERTSON, III**
Texas Bar No. 24076655
**SHAWN JAFFER**
Texas Bar No. 24107817
15851 Dallas Pkwy Ste 600
Addison, TX 75001
Phone: 214-494-1871
Fax: 888-509-3910
E-mail: attorneys@jaffer.law

***ATTORNEYS FOR PLAINTIFF***


/s/ *Charles R. Penot, Jr.*         .
**Charles R. Penot, Jr.**
TX Bar No. 24062455
**SESSIONS, ISRAEL & SHARTLE, LLC**
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3009
Facsimile: (214) 741-3098
Email: cpenot@sessions.legal

***ATTORNEY FOR DEFENDANT,
JEFFERSON CAPITAL SYSTEMS, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in a manner approved by the Federal Rules of Civil Procedure.

*/s/ Allen Edgar Robertson, III*
Allen Edgar Robertson, III