# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL LUDVICEK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| JEFFERSON CAPITAL SYSTEMS, LLC And US CELLULAR MANAGEMENT COMPANY LP, | § § § § | Civil Action No. 3:21-CV-01292-m |
| Defendants. | § § | |

## **PROPOSED ORDER**

Plaintiff MICHAEL LUDVICEK and Defendant JEFFERSON CAPITAL SYSTEMS, LLC ("JCAP"), have settled all claims against each other. In accordance with parties' Joint Stipulation of Dismissal with Prejudice, the Plaintiff's causes of action against Defendant JCAP are hereby DISMISSED with prejudice, with the parties to bear their own costs and attorney's fees.

SIGNED this _____ day of _____ 2022.

_____
HONORABLE PRESIDING JUDGE